## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Robert W. Johnson, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor, and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): _____ | $ | $ |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ | $ |
| Credit card(s) | $ | $ |
| Department store(s) | $ | $ |
| Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NO EMPLOYMENT IN (2) YEARS. | | | $ 0<br>$ 0<br>$ 0 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NO SPOUSE | | | $ 0<br>$ 0<br>$ 0 |

4. How much cash do you and your spouse have? $ _____ 0 _____ .
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Type of account (e.g., checking or savings) | Amount you have | Amount your spouse has |
|---|---|---|
| NO ACCOUNTS. | $ 0<br>$ 0<br>$ 0 | $ 0<br>$ 0<br>$ 0 |

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

☐ Home
   Value _____

☐ Other real estate
   Value _____

☐ Motor Vehicle #1
   Year, make & model _____
   Value _____

NO ASSETS.

☐ Motor Vehicle #2
   Year, make & model _____
   Value _____

☐ Other assets
   Description _____
   Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

**Person owing you or your spouse money**

NO DEBTORS

**Amount owed to you**

$ _____

$ _____

$ _____

**Amount owed to your spouse**

$ _____

$ _____

$ _____

7. State the persons who rely on you or your spouse for support.   For minor children, list initials instead of names (e.g. "J.S." instead of "John Smith").

| **Name** | **Relationship** | **Age** |
|---|---|---|



NO DEPENDENTS

8. Estimate the average monthly expenses of you and your family.   Show separately the amounts paid by your spouse.   Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included?  ☐ Yes  ☒ No Is property insurance included?  ☐ Yes  ☒ No | $ _____ | $ _____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry-cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒ No       If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☐ No

If yes, how much? _____ N/A _____

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes   ☒ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I am a poor disabled person from Defendants neglect & breach of contracts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7 , 2020

_____
(Signature)

CAPTION:

*Robert W. Johnson*

**CERTIFICATE OF SERVICE***

Docket Number: _____

v.

I, _Robert W. Johnson_, hereby certify under penalty of perjury that
        (print name)

on _02/07/2020_, I served a copy of _Civil Cover Sheet,_
      (date)

_Complaint & IFP Application._
                (list all documents)

by (select all applicable)**

___ Personal Delivery      X United States Mail      ___ Federal Express or other
                                                         Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

_Court Clerk; U.S. Courthouse; 500 Pearl St.; NY NY_
Name                Address                City        State        Zip Code    10000

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |
|      |         |      |       |          |
|      |         |      |       |          |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_02/07/2020_
    Today's Date

_Robert W. Johnson_
        Signature

Certificate of Service Form (Last Revised 12/2015)